# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

**No. 201600214**

_____

**UNITED STATES OF AMERICA**
Appellee

v.

**JOSEPH E. HAMILTON**
Petty Officer First Class (E-6), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Robert J. Crow, USN.
For Appellant: Lieutenant Doug Ottenwess, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 1 November 2016

_____

Before MARKS, FULTON, and GLASER-ALLEN, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the appellant pleaded guilty to Charge II.

For the Court



R.H. TROIDL
Clerk of Court